In the Matter of JEROME RUSTIN, Appellant. LAWYERS TRUST COMPANY, as Executor of the Will of EVAN J. RUSTIN, Deceased, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of BERNARD KANTOR, as Administrator of the Estate of DAVID STEIN, Deceased, Appellant. BESSIE PEARL, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

WALTER D. LUDLUM, Respondent, v. KATHRYN E. HASKINS et al., Appellants.— Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

IRENE E. MEYERS, as Guardian ad Litem of WILLIAM H. MEYERS, Appellant, v. MARY M. CAMPBELL et al., as Executors of CATHERINE MEYERS, Deceased, Respondents.— Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

GRACE DEW. ROLLINS, Appellant, v. ERNEST C. ROLLINS, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

EUGENIA SILBERFELD, Respondent, v. HENRI PLESSNER, Appellant.— Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.